IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DRAGON INTELLECTUAL PROPERTY LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 13-2058-RGA |
| APPLE INC., | : : | |
| Defendant. | : | |

MEMORANDUM

The Motion for Provisional Entry of Appearance (D.I. 111) is **DENIED**. Interestingly, the Devlin Law Firm – Plaintiff's possible counsel – submits no proposed order with the motion. I do not think that is a coincidence. It is hard to figure out what sort of order the Devlin Law Firm would envision were I to grant its motion. That is because the Devlin Law Firm is essentially seeking an order to limit its potential liability for conduct it has not yet undertaken. I believe the Devlin Law Firm is seeking an advisory opinion on hypothetical conduct. I do not believe it is my role to grant prospective "immunity" to the Devlin Law Firm based on a proffer of its litigation plan if it enters an appearance in this case.

IT IS SO ORDERED this _21_ day of December 2015.

_____
United States District Judge